ACCEPTED
14-15-00291-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 5:17:32 PM
CHRISTOPHER PRINE
CLERK

**NO. 14-15-00291-CV**

In The

# Fourteenth Court of Appeals

Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 5:17:32 PM
CHRISTOPHER A. PRINE
Clerk

Eric E. Perez and Edmundo Perez,

*Appellants*,

v.

Le Prive Enterprises, LLC, d/b/a Mekano Live & Grill, and Manuel Arellano,

*Appellees*.

On Appeal from the 127th Judicial District Court
of Harris County, Texas

Trial Court Cause No. 2013-74140

## APPELLEES' OBJECTION TO THE COURT'S ABATEMENT ORDER AND REFERRAL TO MEDIATION

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
Jennifer H. Frank, SBN 24087537
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 – fax

Counsel for Appellees

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees Le Prive Enterprises, LLC, d/b/a Mekano Live & Grill and Manuel Arellano respectfully object to the Court's abatement order and referral to mediation pursuant to Section 154.022 of the Texas Civil Practice and Remedies Code.

Mediation will be futile for the following reasons:

- Appellees literally have no means to make an offer;

- Mediation will only cause appellees to incur costs, which they have no means to pay;

- Appellants' counsel has already been advised that appellees no longer own the nightclub at issue because appellees were behind on rent and the landlord locked them out. Therefore, appellees do not have standing to offer appellants ownership in the nightclub or compensation for management of the nightclub.

Put simply, appellees are not in a position to offer any amount to settle this case, and there are no other non-monetary issues on which the parties can reach an agreement. Because there is no possibility of resolution by mediation, appellees respectfully request that the Court sustain appellees' objection to mediation and reinstate this case on its active docket.

WHEREFORE, appellees Le Prive Enterprises, LLC, d/b/a Mekano Live & Grill and Manuel Arellano respectfully request that the Court sustain

appellees' objection to mediation and reinstate the case on this Court's active docket.

Respectfully submitted:

/s/ *Daniel W. Jackson*

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
Jennifer H. Frank, SBN 24087537
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com
jennifer@jacksonlaw-tx.com

Counsel for Appellees

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on all counsel of record, *via* ProDocs, on May 15, 2015:

James Nathan Overstreet
J. Nathan Overstreet & Assoc., P.C.
8711 Highway 6 North, Suite 230
Houston, Texas 77095

*Via email:  overstreetlawfirm@gmail.com*

/s/ *Daniel W. Jackson*

Daniel W. Jackson

3